IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| MO-KAN IRON WORKERS ) | |
| PENSION FUND, ET AL. ) | |
| Plaintiff (s) ) | |
| vs. ) | Civil No. 04-0423-CV-W-DW |
| ) | |
| BENNY SISK d/b/a SISK ) | |
| FENCING ) | |
| Defendant (s) ) | |

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action has come before the Court as a briefed matter and a decision has been rendered.

**ORDERED THAT**: The Court **GRANTS** summary judgment in favor of Plaintiffs. The total attorneys' fees and costs incurred by the Plaintiff Funds in prosecuting this case is $35,664.11. The total amount of judgment against Defendant is $205,693.72.

PATRICIA L. BRUNE, CLERK

Date: March 28, 2006      By: /s/ Y. Johnson
                              Deputy Clerk